No. 94–6914.  FIELDS v. KANSAS, 513 U. S. 1129; and
No. 94–7351.  VIJENDIRA v. UNITED STATES, 513 U. S. 1136.
Motions for leave to file petitions for rehearing denied.

APRIL 19, 1995

No. A–787.  SNELL v. NORRIS, DIRECTOR, ARKANSAS DEPART-
MENT OF CORRECTION.  Application for stay of execution of sen-
tence of death, presented to JUSTICE THOMAS, and by him re-
ferred to the Court, denied.